ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:25-cr-57-O |
| JESUS CRUZ (01)<br>a/k/a "Martin Navarro"<br>MIGUEL MORENO (02) | |

### INDICTMENT

The Grand Jury Charges:

**Count One**
Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning on a date unknown but no later than in and around October 2024, and continuing until on or about January 27, 2025, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendants, **Jesus Cruz,** also known as Martin Navarro, and **Miguel Moreno**, along with others, known and unknown to the grand jury, did knowingly and intentionally combine, conspire, confederate and agree to engage in conduct in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A), namely to possess with intent to distribute at least 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

All in violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)).

Indictment – Page 1

Forfeiture Notice
(21 U.S.C. § 853(a)(1))

The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853(a)(1), upon conviction of an offense in violation of 21 U.S.C. §§ 846 and 841 as alleged, defendants, **Jesus Cruz,** also known as Martin Navarro, and **Miguel Moreno**, shall forfeit to the United States of America all rights, title and interest in any and all property constituting, or derived from, any proceeds the defendant obtained directly or indirectly as a result of the offenses and all rights, title and interest in any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of either of the Title 21 violations alleged in this Indictment, including:

1. a Canik, Mod TP9SFX, 9mm firearm, bearing serial number 21BC19388 with loaded magazines and other magazines;

2. a Black Aces, Tactical Pro Series, 12 gauge shotgun bearing serial number 53-H21PD-67, with magazine and ammunition;

*[Continued on next page]*

3. an OMNI Hybrid rifle, bearing serial number N5412432;

4. a FM products Mod FMP9 multi-caliber firearm, bearing serial number EPG16V2;

5. a Glock 22 .40 caliber pistol bearing serial number BWBP525; and

6. ammunition, magazine and accessories.

                            A TRUE BILL.

                            _____
                            FOREPERSON

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY

_____
LAURA G. MONTES
Assistant United States Attorney
Massachusetts State Bar No. 687739
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Email: Laura.Montes@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

JESUS CRUZ
a/k/a "Martin Navarro" (01)
MIGUEL MORENO (02)

INDICTMENT

21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(A))
Conspiracy to Possess with Intent to Distribute a Controlled Substance
COUNT 1

18 U.S.C. § 853(a)(1)
Forfeiture Notice

A true bill rendered:

DALLAS _____ FOREPERSON

Filed in open court this 26 day of February, 2025.

**Both defendants in Federal custody.**

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 4:25-MJ-068-BP